NOTICE OF LIS PENDENS
IN THE SOUTHERN DISTRICT COURT BROWARD COUNTY FLORIDA

                                        CIVIL ACTION
                                        CASE NO.97-7246-CIV RYSKAM

PLAINTIFF,
JOSEPH CUFFARI SR.

VS.

MEDCO INC.
MARK BLACHER
THUMBS UP, INC.        NOTICE OF LIS PENDENS

TO;
MC DERMOTT,WILLS & EMERY
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

    AND TO ALL WHOM IT MAY CONCERN;

   YOU ARE NOTIFIED OF THE INSTITUTION OF THIS ACTION BY
THE PLAINTIFF AGAINST YOU ON JANUARY 15, 1998  SEEKING
TO RECOVER POSSESSIONS OF THE FOLLOWING PROPERTY AND MACHINERY
IN THE POSSISION OF THUMBS UP INC.A FLORIDA CORPORATION.
OWNED BY MARK BLACHER WHICH WAS PUCHASED WITH OUR INVESTMENT
OF TWO HUNDERD THOUSAND DOLLARS ($200,000.00 THOUGH MEDCO IN,
IN BROWARD COUNTY FLORIDA.

                SEE EXHIBIT A ENCLOSED
                                    JOSEPH CUFFARI SR.
                                    (561)487-7232
                                    PRO SAE

COPY SENT TO MC DERMOTT,WILLS & EMERY BY U.S. MAIL

                                    ON JANUARY 15, 1998

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE